UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-03348-SKC

CARA FUNK

    Plaintiff

v.

STRATFORD PLAZA, LLC

Defendant

# NOTICE OF SETTLEMENT

TO THE HONORABLE U.S. DISTRICT JUDGE:

    The Parties wish to inform the Court that the instant case and disputes arising out of the issue in controversy have been settled. Parties are finalizing documents and will submit their dismissal documents within 30 days.

DATED: February 17, 2022    Respectfully,

    By:    */s/ R. Bruce Tharpe*
            R. Bruce Tharpe

           **LAW OFFICE OF
           R. BRUCE THARPE, PLLC**
           PO Box 101
           Olmito, TX 78575
           (956) 255-5111 (Tel)

           ATTORNEY OF RECORD FOR
           PLAINTIFF CARA FUNK

CERTIFICATE OF SERVICE

I, R. Bruce Tharpe, hereby certify that a true and correct copy of the foregoing pleading was served upon all parties of record via email notification from the District of Colorado ECF system on 02/17/2022.

           */s/ R. Bruce Tharpe*
           R. Bruce Tharpe