IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03348-SKC

CARA FUNK

       Plaintiff

v.

STRATFORD PLAZA, LLC

       Defendant

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, CARA FUNK Plaintiff and STRATFORD PLAZA, LLC, Defendant have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), requests dismissal of all claims against Defendant in their entirety and with prejudice.

## STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED:  March 21, 2022    FOR CARA FUNK, Plaintiff

                BY:  */S/   R. Bruce Tharpe*
                R. Bruce Tharpe
                PO Box 101
                Olmito, Texas 78575
                (956) 255-5111 - Office
                (866) 599-2596 - Fax
                Texas State Bar ID No. 19823800

                                                Colorado State Bar ID No. 54500
                                                Federal Bar ID 13098

DATED:     March 21, 2022     FOR STRATFORD PLAZA, LLC

                                                BY: */s/ Jordan C. May*
                                                Andrew Pipes
                                                Jordan C. May
                                                Frascona, Joiner, Goodman & Greenstein, PC
                                                4750 Table Mesa Drive
                                                Boulder, CO 80305
                                                (303) 494-3000 – Office
                                                (214) 343-7455 - Fax